# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HEIDI PHILIPSEN,

    Plaintiff,

v.                                        Case No. 06-CV-11977-DT

UNIVERSITY OF MICHIGAN BOARD OF REGENTS,

    Defendant.
    _____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment" dated March 22, 2007,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant the University of Michigan Board of Regents and against Plaintiff Heidi Philipsen.  Dated at Detroit, Michigan, this 22nd day of March, 2007.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                               BY: S/Lisa Wagner
                                  Lisa Wagner, Deputy Clerk
                                  and Case Manager to
                                  Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C3 ORDERS\06-11977.PHILIPSEN.Judgment.SJ.wpd